# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS L. GITTINS,<br><br>Defendant. | PO-22-05074-GF-JTJ<br><br>VIOLATIONS:<br>E1384333<br>E1384334<br>E1384335<br>E1384336<br>E1384337<br>E1384338<br>E1384339<br>E1384340<br>E1384341<br>Location Code: M13<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the defendant shall pay a total fine amount of $600 ($270 fine and $30 processing fee each) for violation numbers E1384337 and E1384338. The total fine amount will be paid in full on or before September 20, 2023. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS ALSO ORDERED** that the defendant, Thomas L. Gittins, is banned from entering Glacier National Park through December 31, 2025.  If the defendant attempts to enter the Park between now and that date, the Court has authorized Park Rangers to arrest Mr. Gittins and he will be issued additional charges.

**IT IS ALSO ORDERED** that violation numbers E1384333, E1384334, E1384335, E1384336, E1384339, E1384340 and E1384341 are **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial in the above captioned matter, currently scheduled for September 30, 2022, is **VACATED**.

DATED this  26th  day of September, 2022.

_____
John Johnston
United States Magistrate Judge